UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Magistrate No. |
| | : | |
| v. | : | |
| | : | VIOLATION: 18 U.S.C. § 2113(b) |
| **ONOCHIE ONWUEMENE,** | : | (Theft from Federal Credit Union) |
| | : | 18 U.S.C. § 2 |
| Defendant. | : | (Aiding and Abetting) |

### I N F O R M A T I O N

The United States Attorney hereby informs the Court that**:**

### COUNT ONE

Between on or about March 29, 2006, and on or about April 6, 2006, in a continuing course of action, within the District of Columbia and elsewhere, defendant ONOCHIE ONWUEMENE, aided and abetted by others known and unknown to the United States Attorney, did take and carry away with the intent to steal and purloin property and a thing of value not exceeding $1,000, that is, funds in the form of United States currency and cashiers' checks belonging to and in the care, custody, control, management and possession of Bank-Fund Staff Federal Credit Union, a credit union with accounts insured by the National Credit Union Share Insurance Fund.

**(Theft from Federal Credit Union, in violation of Title l8,
United States Code, Sections 2113(b) and2)**

KENNETH L. WAINSTEIN
United States Attorney, D.C. Bar # 451058

By: _____
DANIEL P. BUTLER
Assistant United States Attorney, D.C. Bar # 417718
United States Attorneys Office
555 4th Street, N.W., Room 5231
Washington, D.C. 20530
(202) 353-9431
Daniel.Butler@USDOJ.Gov