IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 06-313M |
| | : | |
| v. | : | |
| | : | **FILED** |
| ONOCHIE ONWUEMENE, | : | |
| | : | AUG 2 1 2006 |
| Defendant. | : | |
| | | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Onochie Onwuemene, with the concurrence of his attorney, Ms. Carrie Crawford, agree and stipulate as follows:

1. The defendant is charged by Information with one count of Theft from a Federal Credit Union, pursuant to Title 18, United States Code, Section 2113(b) and Section 2 (Aiding and Abetting)

2. At all relevant times, the Bank-Fund Staff Federal Credit Union (hereinafter referred to as "BFSFCU") located at 1750 H Street NW, Washington, D.C., was federally insured by the National Credit Union Administration, an arm of which is the National Credit Union Share Insurance Fund which is used to insure members share accounts at covered credit unions.

3. On or about March 29, 2006 until on or about April 3, 2006, three stolen checks totaling approximately $34,385 were deposited into the account of two BFSFCU members. One of the owners of the account was defendant Onweumene. The three stolen checks were courtesy checks issued to three different MBNA Bank credit card holders, none of whom were defendant Onwuemene or the other individuals whose actions are discussed in this Information and none of whom had given anyone permission to use the checks. Typically these checks are mailed to credit

card holders to be used for whatever purpose the credit card holder desires. The three checks were returned to BFSFCU from MBNA Bank as they were listed as "stolen."

4. On or about March 29, 2006, a co-worker of defendant Onwuemene at a store in Rockville, Maryland (the co-worker is hereinafter referred to as "Individual #1) approached defendant Onwuemene about cashing checks for a friend named "Pee" (whose real name is Perry P. Biayeibo) who was a Nigerian citizen who could not open a bank account in the United States. Defendant Onwuemene agreed to cash the checks in exchange for a percentage of the funds. Individual #1 then gave defendant Onwuemene the first MBNA courtesy check for $9,640 made payable to defendant Onwuemene. Individual #1 took defendant Onwuemene's BFSFCU Debit card and Personal Identification number as insurance that defendant Onwuemene would not take all the money. Defendant Onweumene deposited the check in his BFSFCU account at a branch located at 100 Lake Forest Boulevard in Gaithersburg, Maryland.

5. On or about the following day, March 30, 2006, defendant Onwuemene was introduced by Individual #1 to "Pee" (later identified as Mr. Biayeibo) at a location in Prince George's County, Maryland. The three individuals then traveled to the BFSFCU credit union branch located at 2121 Pennsylvania Ave, N.W., Washington, D.C., to withdraw the funds from the previously mentioned check. Mr. Biayeibo instructed defendant Onwuemene to withdraw $3,000 in cash and obtain a cashier's check for $4,950 in defendant Onwuemene's name. The three individuals then left the Credit Union and traveled to a First Cash Advance located in Washington D.C. Defendant Onwuemene entered the First Cash Advance and negotiated the cashiers check. Mr. Biayeibo then told defendant Onwuemene to keep $1,600 for himself, give $500 to Individual #1, and Mr. Biayeibo would keep the remaining $2,850. At the end of the meeting, Mr. Biayeibo gave defendant

Onwuemene a second courtesy check from MBNA Bank for $9,895 made payable to defendant Onwuemene.

6. On or about April 3, 2006, defendant Onwuemene deposited the second MBNA check into his BFSFCU account in Gaithersburg, Maryland. On or about the next day, April 4, 2006, defendant Onwuemene met Mr. Biayeibo at the BFSFCU at 2121 Pennsylvania Ave, N.W., Washington, D.C. From the funds available from the deposit of the second MBNA check, defendant Onwuemene withdrew from his account at BFSFCU cash and a cashier's check for $4,200. From those funds, and based on the agreement between them, defendant Onwuemene gave Mr. Biayeibo $6,895 and kept the remaining $3,000 for himself.

7. On or about later the same day, April 4, 2006, Mr. Biayeibo had defendant Onwuemene meet him at the White Flint Mall and gave defendant Onwuemene the third MBNA Bank courtesy check made payable to defendant Onwuemene for $14,850. Mr. Biayeibo instructed defendant Onwuemene to deposit the check into the Gaithersburg, Maryland, shared branch of BFSFCU account, which defendant Onwuemene did.

8. Following the deposit of the third check by defendant Onwuemene at the BFSCU, the credit union became aware that the three checks were in fact stolen. The credit union contacted the United States Secret Service.

9. On or about April 6, 2006, defendant Onwuemene admitted to the United States Secret Service his involvement in the this scheme to deposit the stolen checks into his BFSCU account and then withdraw funds from the BFSCU based on those deposits. Because the BFSCU had become

aware of the fact that the MBNA checks were stolen, no funds were withdrawn by defendant Onwuemene from the funds resulting from the third check that he deposited.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia
D.C. Bar No. 451058

By: /s/ Daniel P. Butler
DANIEL P. BUTLER
Assistant United States Attorney
D.C. Bar No. 417718
555 4th Street, N.W., Room 5231
Washington, D.C. 20530
(202) 353-9431
Daniel.Butler@USDOJ.Gov

### DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Crim. P. 11, after consulting with my attorney, Ms. Carrie Crawford, I agree and stipulate to this Statement of Offense.

Date: 8/21/06

Onochie Onwuemene
Defendant

I have discussed this Statement of Offense with my client, Mr. Onochie Onwuemene. I concur with his decision to stipulate to this Statement of Offense.

Date: 8-21-06

Ms. Carrie Crawford
Attorney for Defendant Onochie Onwuemene

4