U.S. Department of Justice
U.S. Attorneys

# United States District Court
## for the District of Columbia

UNITED STATES OF AMERICA

v.

~~GROCHI ORMITRIESE~~                Case No. 06-313M

**FILED**

AUG 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>O R D E R</u>

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this _21ST_ day of _AUGUST, 2006_ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _TO BE DETERMINED_ by _SPECIAL AGENT RYAN PETRASEK_ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _THE UNITED STATES SECRET SERVICE OFFICE_ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _SA RYAN PETRASEK_ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge (U.S. Magistrate) ALAN KAY

DOJ USA-16-1-80