IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 06-313M |
| v. | |
| | : |
| ONOCHI ONWUEMENE | : |
| Defendant | : |

### LINE

TO THE CLERK OF THE COURT:

Please enter the appearance of CARRIE CRAWFORD, on behalf of Defendant, ONOCHI ONWUEMENE, in the above-captioned case.

_____
Carrie Crawford, Esquire
P.O. Box 961
Laurel, M 20725
(202) 723-3075
Counsel for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this _____ day of _____, 2006, a true and exact copy of the foregoing was delivered by hand, to: Office of the United States Attorney, 555 Fourth Street, N.W. Washington, DC 20530.

_____
Carrie Crawford