ONWUEMENE, Onochie                                          Page 20

THE HONORABLE ALAN KAY, UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

UNITED STATES OF AMERICA  :  Docket No.: 06-313M-01

JAN 19 2007

vs.  :

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Onochie Onwuemene    Disclosure Date: November 13, 2006

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        _____
Assistant U.S. Attorney                                       Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

(X) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____        _____
Defendant    Date                     Defense Counsel    Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by November 27, 2006, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT
By: Gennine A. Hagar, Acting
Chief United States Probation Officer